# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 19-0151-WS-M |
| | ) |
| **JOHN CRAWFORD HENRY,** an individual, d/b/a **JOHN C. HENRY FARMS,** | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal (doc. 22), signed by all parties that have appeared in this action, by and through their respective counsel. The Stipulation reflects that the parties mutually request and consent to the dismissal with prejudice of this action in its entirety, with each side to bear his or its own costs and attorney's fees.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss its action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Joint Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, with each party to be responsible for bearing his or its own costs and attorney's fees.

DONE and ORDERED this 30th day of December, 2019.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE